UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Carol Dorr,

    Plaintiff,

v.                                                                            Case No. 13-14526

Wells Fargo Bank, N.A.,                                       Honorable Sean F. Cox
                                                                              Magistrate Judge Paul J. Komives

    Defendant.
_____/

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

This is a mortgage case. In August 2013, Plaintiff Carol Dorr filed her Complaint in Genesee County Circuit court against Defendant Wells Fargo Bank, N.A, alleging that Defendant committed various torts and violated several statutes with regard to her mortgage loan modification process. Defendant removed the case to this Court on October 29, 2013. (Doc. #1).

On November 1, 2013, Defendant filed a Motion to Dismiss And/Or For Summary Judgment (Doc. #2). This Court referred the motion to Magistrate Judge Paul J. Komives for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). (Doc. #5).

On March 3, 2014, Magistrate Judge Komives issued a Report and Recommendation wherein he recommended that this Court grant Defendant's motion to dismiss. (Doc. #8).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must file objections to the R&R within fourteen (14) days after being served with a copy of the R&R. FED. R. CIV. P. 72(b)(2). "The district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ.

P. 72(b)(3).

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. Furthermore, the Court agrees with the Magistrate Judge's recommendation. Therefore, the Court hereby ADOPTS the March 3, 2014 R&R. IT IS ORDERED that Defendant's Motion To Dismiss (Doc. #2) is GRANTED.

**IT IS SO ORDERED.**

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: March 28, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 28, 2014, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager